# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 26, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155239(70)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                          SC: 155239
                                                           COA: 332946
JONATHAN DAVID HEWITT-EL, a/k/a                            Wayne CC: 10-002907-FC
JONATHAN DAVID HEWITT,
          Defendant-Appellant.
_____/

On order of the Chief Justice, the second motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED. The brief submitted on January 22, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 26, 2018



Clerk